**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ARTHUR C. LEWIS, JR.,                                                               PLAINTIFF
ADC #66947

v.                              No. 2:13CV00073 JLH/JTR

CHARLOTTE GREEN, Registered Nurse,
East Arkansas Regional Unit, et al.                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Clerk is directed to amend the docket sheet to reflect that defendant Yarbo's last name is "Yarbrough."

2. Plaintiff's claims against defendant ADC are DISMISSED, WITH PREJUDICE.

3. Plaintiff's claims against defendant Corizon, Inc. are DISMISSED, WITHOUT PREJUDICE.

4. Plaintiff may PROCEED with his inadequate medical care claim against defendants Green, Harris, Davis, Ball, Carlo, Strickland, Gardner, Hughes, Murry, Horton, Butler, and Yarbrough. The Clerk is directed to prepare a summons for those twelve defendants, and the United States Marshal is directed to serve the summons, complaint (pages 1 through 42),[1] amended

---

[1] The complaint is forty-two pages long and includes an additional eighty-five pages of grievance forms. Due to the length of the complaint and the number of defendants, the Court will

complaint, and this Order on them through the Humphries law firm without prepayment of fees and costs or security therefor.[2]

5. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 20th day of September, 2013.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE

---

only serve the first forty-two pages. Counsel for defendants may obtain a full copy of the complaint and its numerous attachments from CM/ECF or by calling the Court.

[2] If any of the defendants are no longer Corizon, Inc., employees, the Humphries law firm must file, with the return of unexecuted service, a **SEALED** statement providing the last known private mailing address for the unserved defendant.