**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ARTHUR C. LEWIS, JR., PLAINTIFF
a/k/a Author Lewis, ADC #66947

v. NO. 2:13CV00073 JLH/JTR

CHARLOTTE GREEN, RN,
East Arkansas Regional Unit, ADC, *et al.* DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

Arthur C. Lewis, Jr., had until February 7, 2014, to provide valid service address information for defendants Dr. Carlo and Ms. Murry. Documents #25 and #31. He has not done so. Thus, Lewis's claims against Carlo and Murry are dismissed without prejudice due to lack of service. *See* Fed. R. Civ. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of partial dismissal would not be taken in good faith.

IT IS SO ORDERED this 11th day of February, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE