# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ARTHUR C. LEWIS, JR., ADC #66947                                                                                    PLAINTIFF

v.                                           No. 2:13CV00073 JLH/JTR

CHARLOTTE GREEN, Registered Nurse,
East Arkansas Regional Unit, *et al.*                                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for partial summary judgment is granted in part and denied in part. Document #56.

2. Lewis's claims against Green, Gardner, Davis, and Horton are dismissed without prejudice due to lack of exhaustion.

3. Lewis may proceed with his inadequate medical care and corrective inaction claims against Ball, Hughes, Butler, Strickland, Yarbrough, and Harris.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 5th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Arthur Lewis's motion for an extension of time is denied as moot because Lewis has filed his objections and the Court has considered them. Document #74.