**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ARTHUR C. LEWIS, JR.,                                                                                             PLAINTIFF
a/k/a Author Lewis, ADC #66947

v.                                              No. 2:13CV00073 JLH/JTR

LATRICE HARRIS, Nurse,
East Arkansas Regional Unit, ADC, et al.                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Defendants' motion for summary judgment is GRANTED, and the case is dismissed with prejudice. Document #100.

2.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 11th day of September, 2015.

                                                                              *J. Leon Holmes*
                                                                              UNITED STATES DISTRICT JUDGE