**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ARTHUR C. LEWIS, JR.,                                                                                            PLAINTIFF
a/k/a Author Lewis, ADC #66947

v.                                       No. 2:13CV00073 JLH/JTR

LATRICE HARRIS, Nurse,
East Arkansas Regional Unit, ADC, et al.                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice. All relief sought is denied. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 11th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE