**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ARTHUR C. LEWIS, JR.,                                                                               PLAINTIFF
a/k/a Author Lewis, ADC #66947

v.                          No. 2:13CV00073 JLH/JTR

LATRICE HARRIS, Nurse,
East Arkansas Regional Unit, ADC, et al.                                    DEFENDANTS

**<u>ORDER</u>**

The plaintiff's motion to alter the judgment and for reconsideration is DENIED. Document #121.

IT IS SO ORDERED this 25th day of September, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE